# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-5077

**COAST PROFESSIONAL, INC., NATIONAL RECOVERIES, INC., PIONEER CREDIT RECOVERY, INC.,**
*Plaintiffs*

**ENTERPRISE RECOVERY SYSTEMS, INC.,**
*Plaintiff - Appellant*

v.

**UNITED STATES, FINANCIAL MANAGEMENT SYSTEMS, INC., ACCOUNT CONTROL TECHNOLOGY, INC., CONTINENTAL SERVICE GROUP, INC., GC SERVICES LIMITED PARTNERSHIP**
*Defendants - Appellees*

**WINDHAM PROFESSIONALS, INC.,**
*Defendants*

Appeal from the United States Court of Federal Claims in case no. 1:15-cv-00207-FMA, 1:15-cv-00242-FMA, 1:15-cv-00249-FMA, 1:15-cv-00265-FMA Senior Judge Francis M. Allegra

## MANDATE

In accordance with the judgment of this Court, entered July 12, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Rory Edward Adams
Rebecca Anzidei
Benjamin G. Chew
Clerk of Court, CFC
Arnold Bradley Fagg
Daniel Ruben Forman
David R. Johnson
Jason Alan Levine

Jeremy Charles Marwell
Edward H. Meyers
Jana Moses
James G. Peyster
Stephen E. Ruscus
Robert J. Sneckenberg
Michael D. Snyder