# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COAST PROFESSIONAL, INC., <br> NATIONAL RECOVERIES, INC., <br> ENTERPRISE RECOVERY SYSTEMS, INC., and <br> PIONEER CREDIT RECOVERY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> FINANCIAL MANAGEMENT SYSTEMS. INC., <br> ACCOUNT CONTROL TECHNOLOGY, INC., <br> CONTINENTAL SERVICE GROUP, INC., <br> WINDHAM PROFESSIONALS, INC., and <br> GC SERVICES LIMITED PARTNERSHIP, <br><br> Defendant-Intervenors. | **BID PROTEST** <br><br> **No. 15-207C** <br><br> **(Judge Braden)** |

## STATUS REPORT

Defendant, the United States, respectfully provides this status report to update the Court on this matter regarding certain issues that were addressed during the status conference held on October 7, 2016, and in the Government's status report filed on October 21, 2016.

During the status conference held on October 7, defendant stated that the Department of Education anticipated that it would make award(s) under the currently outstanding solicitation in October. Although that solicitation is not at issue in this case, we provided this information during the status conference because it is contemplated that on the date performance begins under any new awards, no more new work will be placed against the "award term extension" task orders that are at issue in this case. The Department of Education did not award under the

outstanding solicitation in October, and at this time, the Government does not know precisely when any award(s) may be issued by the Department of Education under the outstanding solicitation.

Regarding the issue of the telephonic recordings that certain protestors have requested the Government to produce, as we explained in the Government's status report of October 21, although we are willing to produce the approximately 450 hours of telephone recordings, certain other parties to this case had informed us that they have objections, and particularly in light of certain Privacy Act-related concerns, the Government adopted the prudent approach of producing the recordings only in response to a Court order. *See* 5 U.S.C. § 552a(b)(11) (court order exception). Consistent with our statements in the October 21 status report, we have prepared the recordings for production and have also prepared a proposed amended protective order to address the recordings. Thus, in the event the Court were to issue an order directing production of the recordings, we are prepared to promptly provide the Court with a proposed amended protective order and to produce the recordings.[1]

Finally, regarding the five award term extension task orders that are at issue in this case, all five of the extensions expire on April 21, 2017, which may give rise to issues of mootness.[2]

---

[1] In addition to the approximately 450 hours of recordings for the nine parties to this case, we have also prepared for production the recordings of two amici parties, West Asset Management (West) and the CBE Group, Inc. (CBE). As we stated in our October 21 status report, West has requested that its recordings be included in any production, and CBE has requested that its recordings not be included. The recordings for the amici total approximately 95 minutes.

[2] As state above, the award term extensions could end before April 21, 2017, in the event that new task orders are put in place prior to April 21, 2017, as a result of the currently outstanding solicitation.

Respectfully submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, Jr.
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, Jr.
Assistant Director

OF COUNSEL:

JOHN DiPAOLO
JOSE OTERO
Attorneys
United States Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

November 15, 2016

s/ Michael D. Snyder
MICHAEL D. SNYDER
JANA MOSES
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-0842
Fax. (202) 305-7643
*Attorneys for Defendant*